IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | |
| M&S GRADING, INC., | ) | |
| Debtor. | ) | |
| _____ | ) | |
| CONTRACTORS, LABORERS, TEAMSTERS AND ENGINEERS HEALTH & WELFARE PLAN, CONTRACTORS, LABORERS, TEAMSTERS AND ENGINEERS PENSION PLAN, DEAN HIGHTREE, KIM QUICK, TOM MERKSICK, CALVIN G. NEGUS, VIC J. LECHTENBERG and EUGENE LEA, TRUSTEES, | ) | |
| Appellants, | ) | 8:07CV243 |
| v. | ) | |
| M&S GRADING, INC., | ) | ORDER |
| Appellee. | ) | |
| _____ | ) | |

　　　　This matter is before the Court on the appellants' motion for extension of time to file the appellants' brief (Filing No. 5). The Court finds said motion should be granted. Accordingly,

　　　　IT IS ORDERED that appellants' motion is granted; appellants shall have until July 17, 2007, to file their brief.

　　　　DATED this 16th day of July, 2007.

　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　/s/ Lyle E. Strom
　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　LYLE E. STROM, Senior Judge
　　　　　　　　　　　　　　　　United States District Court

Dockets.Justia.com