IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
IN THE MATTER OF:              )
                               )
    M&S GRADING, INC.,         )
                               )
            Debtor.            )
_____)
CONTRACTORS, LABORERS,         )
TEAMSTERS AND ENGINEERS HEALTH )
& WELFARE PLAN, CONTRACTORS,   )
LABORERS, TEAMSTERS AND        )
ENGINEERS PENSION PLAN, DEAN   )
HIGHTREE, KIM QUICK, TOM       )
MERKSICK, CALVIN G. NEGUS,     )
VIC J. LECHTENBERG and EUGENE  )
LEA, TRUSTEES,                 )
                               )
            Appellants,        )        8:07CV243
                               )
        v.                     )
                               )
M&S GRADING, INC.,             )        ORDER
                               )
            Appellee.          )
_____)
```

This matter is before the Court on the appellants' motion for extension of time to file the appellants' brief (Filing No. 5). The Court finds said motion should be granted. Accordingly,

IT IS ORDERED that appellants' motion is granted; appellants shall have until July 17, 2007, to file their brief.

DATED this 16th day of July, 2007.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court